FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

2014 AUG 18 P 2: 53

DISTRICT COURT
RICHMOND. VIRGINIA

SIR EDWARD THOMAS, SR., )
)
Plaintiff, )
)
v. ) Case No. 3:14CV581
)
CORRECT CARE SOLUTIONS, LLC, )
)
Defendant. )

## NOTICE OF REMOVAL

CORRECT CARE SOLUTIONS, LLC ("CCS"), pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, gives notice of the removal of this case from the Circuit Court for the City of Richmond to this Court. The following facts support removal on the basis of federal question jurisdiction:

1. On February 19, 2014, Mr. Thomas filed a complaint in the Circuit Court for the City of Richmond styled *Sir Edward Thomas, Sr. v. Correct Care Solutions, LLC*, Case No. 760CL14000802-00. A copy of the complaint is attached as Exhibit 1.

2. On July 18, 2014, CCS was served with the complaint and summons. The summons is attached as Exhibit 2.

3. The complaint alleges a cause of action arising under the Constitution and laws of the United States. *See* Exh. 1, Compl. ¶¶72-79. Specifically, this is a civil rights action filed pursuant to 42 U.S.C. § 1983 in which Mr. Thomas alleges that he received inadequate medical care while incarcerated at the Richmond City Jail in violation of the Eighth Amendment to the United States Constitution.

4. The Court has original jurisdiction over such causes of action that arise under the Constitution and the laws of the United States. 28 U.S.C. §§ 1331, 1441(a).

5. Mr. Thomas also asserts a cause of action under Virginia law arising from the same case and controversy as his cause of action giving rise to federal question jurisdiction. Exh. 1, Compl. ¶¶80-90. The Court has supplemental jurisdiction over the state law cause of action pursuant to 28 U.S.C. § 1367.

6. The Eastern District of Virginia, Richmond Division, is the United States District Court, and division thereof, embracing the place where the state court action is pending. 28 U.S.C. § 1446(a).

7. A copy of all process, pleadings and orders served upon CCS are filed with this notice as Exhibits 1 and 2, pursuant to 28 U.S.C. § 1446(a). These documents are the complaint, records[1] attached to the complaint and the summons.

8. This notice is filed within 30 days after service of the initial pleading upon CCS and is therefore timely pursuant to 28 U.S.C. § 1446(b).

9. CCS shall promptly file with the Richmond Circuit Court a notice of the filing of this notice of removal, with exhibits, and serve a copy of such notice and exhibits on Mr. Thomas' counsel pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Correct Care Solutions, LLC requests that the Court assume jurisdiction over this action.

---

[1] Counsel for CCS has redacted personal identifiers and other information protected from disclosure from records which Mr. Thomas attached to the complaint.

CORRECT CARE SOLUTIONS, LLC

/s/ Signature

Edward J. McNelis, III (VSB No. 34003)
emcnelis@rawlsmcnelis.com
Grace Morse Brumagin (VSB No. 75957)
gbrumagin@rawlsmcnelis.com
Glen H. Sturtevant, Jr. (VSB No. 73458)
gsturtevant@rawlsmcnelis.com
RAWLS MCNELIS + MITCHELL, P.C.
211 Rockets Way, Suite 100
Richmond, VA 23231
Telephone: 804.344.0038
Facsimile: 804.782.0133
*Counsel for Correct Care Solutions, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2014, I sent the foregoing via electronic mail and first class U.S. mail to:

David Paul Morgan
dmorgan@cravensnoll.com
Michael Perdue
mperdue@cravensnoll.com
J. Thompson Cravens
jcravens@cravensnoll.com
CRAVENS & NOLL, P.C.
9011 Arboretum Pkwy, Suite 200
Richmond, VA 23236
Telephone: 804.330.9220
Facsimile: 804.330.9458
*Counsel for Plaintiff*

/s/ Signature

Glen H. Sturtevant, Jr. (VSB No. 73458)
gsturtevant@rawlsmcnelis.com
RAWLS MCNELIS + MITCHELL, P.C.

211 Rockets Way, Suite 100
Richmond, VA 23231
Telephone: 804.344.0038
Facsimile: 804.782.0133
*Counsel for Correct Care Solutions, LLC*