# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219-1540
(804) 646-6506

Summons

To: CORRECT CARE SOLUTIONS, LLC
PRIVATE PROCESS SERVER

Case No. 760CL14000802-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Wednesday, February 19, 2014

Clerk of Court: EDWARD F JEWETT

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: MORGAN, DAVID P
804-330-9220

EXHIBIT 2

# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219-1540
(804) 646-6506

Proof of Service

Virginia:
In the RICHMOND CITY CIRCUIT COURT

Case number: 760CL14000802-00
Service number: 001
Service filed: February 19, 2014
Judge: RDT

Served by: SPECIAL PROCESS SERVER
Style of case: SIR EDWARD THOMAS SR vs CORRECT CARE SOLUTIONS LLC
Service on: CORRECT CARE SOLUTIONS, LLC
PRIVATE PROCESS SERVER

Attorney: MORGAN, DAVID P
804-330-9220

Instructions:

Returns shall be made hereon, showing service of Summons issued Wednesday, February 19, 2014 with a copy of the Complaint filed Wednesday, February 19, 2014 attached.

Hearing date :
Service issued: Wednesday, February 19, 2014

For Sheriff Use Only

*David P. Morgan* (signature)