UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SIR EDWARD THOMAS, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECT CARE SOLUTIONS, LLC, )<br>)<br>Defendant. ) | Case No. 3:14-cv-581-REP |

### AFFIDAVIT OF DANIEL GOODALL

I, Daniel Goodall, under penalty of perjury, state as follows:

1. I am the Grievance Coordinator at the Richmond City Jail in Richmond, Virginia and am the custodian of all of the grievance records during the time of Mr. Thomas' incarceration from October 2011 to April 2012.

2. The statements contained in this affidavit are based on my personal knowledge and records maintained in the ordinary and regular course of business and are true and accurate.

3. I have personally reviewed the copies of purported grievances provided to me by Correct Care Solutions which are attached to this affidavit as Exhibit 1.

4. None of the grievances in Exhibit 1 are in the files maintained by the Richmond City Sheriff's Office located at the Richmond City Jail.

5. When such grievances are submitted by inmates, the originals are maintained in the files kept by the Richmond City Sheriff's Office located at the Richmond City Jail.

6. Upon receipt, the originals are date-stamped and signed by jail personnel and a log book number is entered on the grievance. A notation cross-referencing the grievance is also made in the log book.

Exhibit A

6. Upon receipt, the originals are date-stamped and signed by jail personnel and a log book number is entered on the grievance. A notation cross-referencing the grievance is also made in the log book.

7. A copy of the grievance, bearing those marks of authenticity, are then provided to the inmate for his or her records.

8. This was the protocol for handling inmate grievances at the time of Mr. Thomas' incarceration and has continued to the present.

9. The copies of the grievances in Exhibit 1 do not bear any of the marks of authenticity that would demonstrate that they had ever been submitted to the grievance department.

10. Further, there are no entries in the log book cross-referencing these grievances.

11. Specifically, the grievance dated which bears the date of March 3, 2012 with the log number "21" does not exist in our logbook as having been submitted to our grievance department.

12. In March of 2012, grievances received by the grievance department would begin with log number "6300" and proceed sequentially.

13. All inmates have access to blank grievance forms throughout the jail. Inmates are not prevented from taking blank forms with them when they are discharged from the jail.

14. Based on my knowledge and experience as the Grievance Coordinator at the Richmond City Jail, it is my conclusion that none of the grievances provided to me for review by Correct Care Solutions, were ever submitted or filed during his incarceration at the Richmond City Jail.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information and belief.

Dated this 25 day of September, 2014.

*Daniell Goodall*
Daniell Goodall
Grievance Coordinator

COMMONWEALTH OF VIRGINIA
City of Richmond

This day personally appeared before me, a notary public, Danielle Goodall, and made oath that the foregoing is true and correct to the best of her knowledge, information and belief.

Given under my hand this 25th day of September, 2014.

*Pamela Woody-Eaton*
Notary Public

My commission expires: 4-30-2017

3

**Richmond Sheriff's Office**
**Richmond City Jail**



1701 Fairfield Way
Richmond, Virginia 23223

cc: Sheriff Wily
cc: Dr. M??, with medical file

# INMATE GRIEVANCE FORM

Date: 3-3-12    Assigned Housing Location: D3L    Log Number: 21

Inmate's Name: Sir Thomas    Inmate Number: 45125

Date Received: _____    Grievance Coordinator: _____

## INSTRUCTIONS:

- *Please print all information on the grievance form*
- *Only one grievance concern on each grievance form*
- *You will be notified in writing by the Grievance Coordinator of the action taken on your grievance concern within nine (9) working days of the receipt of your grievance by the grievance coordinator*

*In no way will the filing of this grievance effect your status in the Jail, nor will there be any reprisal against you for filling this grievance. Grievances will not become a part of your classification file at the Richmond City Jail.*

## GRIEVANCE STATEMENT:

**What Is Your Concern:**

Since 10-12-11 I have written several grievances & Request forms that have given unanswered or resolved. I am now on B31 at. I was moved from A31 to A31 A2. Around this time that the officers was talking to the Inmates about the care that the medical Department was providing. I was put in Isolation until the officers that would be greatest pushing for the new jail had left. Then I was moved to high custody. My lawyer was told that it was because I was taking my meds to D. Pillar, and that I had pending jail as well as street charges. I am upset because no-one has ever charged me with anything that was able to Isolate me until officers for pushing of new jail had gone, and that the medical Dept. was only slandering my name but behind my back. What they said kept to med. dept. was only slandering my name but behind my back. What they said kept to

**What Action Are You Requesting:** my loyalty... they don't even have pillows, and I have not even been given my medicine, and Dr. M?? was shocked to find that one of the was not even ordered.

I am requesting a formal meeting with the Sheriff, d and the medical Department and Dr. M??? because I don't think that anyone or Department should have that much power or be able to get away with slander/defamation because they... Inmate Services said that I am not eligible for any programs that RCJ has, and I have injured myself because of the lack of quality not getting meds with due, not getting Your work follow medical Monday. Correct meds. This is a gross negligence, by the actions of Dr... Dr. and his medical Department, I hope I shall try hard with some, and at all cost the only thing that happened was my back up.

Inmate Signature: _____    Date: 3-3-12

C:\WINDOWS\TEMP\Grievance Form.wpd 05/24/2002

Richmond Sheriff's Office
Richmond City Jail

RICHMOND
VIRGINIA

1701 Fairfield Way
Richmond, Virginia 23223

# INMATE GRIEVANCE FORM

Date: [illegible] Assigned Housing Location: A3L [illegible] Log Number: ________

Inmate's Name: [illegible] Thomas Inmate Number: [illegible]

Date Received: ________ Grievance Coordinator: ________

---

**INSTRUCTIONS:**

- ***Please print all information on the grievance form***
- ***Only one grievance concern on each grievance form***
- ***You will be notified in writing by the Grievance Coordinator of the action taken on your grievance concern within nine (9) working-days of the receipt of your grievance by the grievance coordinator***

***In no way will the filing of this grievance effect your status in the jail, nor will there be any reprisal against you for filing this grievance. Grievances will not become a part of your classification file at the Richmond City Jail.***

---

**GRIEVANCE STATEMENT:**

**What Is Your Concern:**

[illegible] problems swallowing my mouth was [illegible] about the [illegible] day [illegible] told male nurse he did not [illegible] I talked to nurse Hardy, nurse [illegible] and Ms. [illegible] she said [illegible] [illegible] explained [illegible] I was call to medical [illegible] that day and I [illegible]

**What Action Are You Regarding:** was going on to Dr. [illegible] she said [illegible] brought the [illegible] of

[illegible] nurse [illegible] was helping [illegible] he said that he would be back with my meds [illegible] with the same [illegible] of crushed pills [illegible] take your pills in [illegible] inmates [illegible] because [illegible] take your [illegible] that he did not hear [illegible]

**Inmate Signature:** ________ **Date:** ________

C:\WINDOWS\TEMP\Grievance Form.wpd 05/24/2002

[illegible] refused in the [illegible]

this be looked into [illegible] because

Richmond Sheriff's Office  
Richmond City Jail



1701 Fairfield Way  
Richmond, Virginia 23223

# INMATE GRIEVANCE FORM

Date: 2-9-12   Assigned Housing Location: A2C   Log Number: _____

Inmate's Name: Sir Thomas   Inmate Number: 4

Date Received: _____   Grievance Coordinator: _____

### INSTRUCTIONS:

- *Please print all information on the grievance form*
- *Only one grievance concern on each grievance form*
- *You will be notified in writing by the Grievance Coordinator of the action taken on your grievance concern within nine (9) working days of the receipt of your grievance by the grievance coordinator*

*In no way will the filing of this grievance effect your status in the jail, nor will there be any reprisal against you for filing this grievance. Grievances will not become a part of your classification file at the Richmond City Jail.*

## GRIEVANCE STATEMENT:

**What Is Your Concern:**

This is in regard to [illegible] request to see the [illegible] by the medical department [illegible] me to [illegible] up with this [illegible] I sent in from my legs [illegible] and swollen hurting [illegible] all this [illegible] has been [illegible] took [illegible] a board due and could not [illegible] up now I am [illegible] this not be [illegible] but to find a way to get help when it comes to the medical department [illegible]

**What Action Are You Requesting:**

For this [illegible] to address my medical [illegible]

Inmate Signature: _____   Date: 2/9/12

C:\WINDOWS\TEMP\Grievance Form.rpt  05/28/2002