IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SIR EDWARD THOMAS, SR.,

    Plaintiff,

v.    Civil Action No. 3:14cv581

CORRECT CARE SOLUTIONS, LLC,

    Defendant.

**ORDER**

Having considered CORRECT CARE SOLUTIONS, LLC'S DEMURRER, PLEA IN BAR AND ANSWER (Docket No. 4), which the Court construes as a motion to dismiss under Fed. R. Civ. P. 12(b)(6), CORRECT CARE SOLUTIONS, LLC'S MOTION TO DISMISS (Docket No. 5) and the supporting memorandum thereto, and the plaintiff's RESPONSE TO MOTION TO DISMISS (Docket No. 7) wherein the plaintiff states he has no opposition to the motions, and finding it in the interest of justice so to do, it is hereby ORDERED that CORRECT CARE SOLUTIONS, LLC'S DEMURRER, PLEA IN BAR AND ANSWER (Docket No. 4) and CORRECT CARE SOLUTIONS, LLC'S MOTION TO DISMISS (Docket No. 5) are granted and Count III of the Complaint is dismissed with prejudice.

It is so ORDERED.

                        /s/    REP
                    Robert E. Payne
                    Senior United States District Judge

Richmond, Virginia
Date: October 15, 2014