UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| SIR EDWARD THOMAS, SR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:14-cv-581-REP |
| CORRECT CARE SOLUTIONS, LLC, | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWL OF MOTION

COMES NOW Plaintiff, by counsel, hereby providing Notice of his withdrawal of the previously filed Motion to Dismiss, docket entry 22.

Respectfully submitted,

SIR EDWARD THOMAS, SR.

_____/s/_____
David P. Morgan
davidm@mrslawfirm.com
MARCARI RUSSOTTO
SPENCER & BALABAN, P.C.
1 Park West Circle, Suite 101
Midlothian, VA 23114
Telephone: 804.307.6584
*Counsel for Plaintiff*

CERTIFICATION

I certify that a copy of this NOTICE has been served on all parties to this action by this Court's ECF/NEF system.

_____/s/_____
David P. Morgan
davidm@mrslawfirm.com
MARCARI RUSSOTTO
SPENCER & BALABAN, P.C.
1 Park West Circle, Suite 101
Midlothian, VA 23114
Telephone: 804.307.6584
*Counsel for Plaintiff*