UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| SIR EDWARD THOMAS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-581-REP |
| | ) | |
| CORRECT CARE SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO CORRECT CARE SOLUTIONS, LLC

COMES NOW Plaintiff, by counsel, and files this STIPULATION OF DISMISSAL WITHOUT PREJUDICE as to all counts against Defendant Correct Care Solutions, LLC. Each party shall bear their own fees, costs and expenses.

Respectfully submitted,

SIR EDWARD THOMAS, SR.

_____/s/_____
David P. Morgan
davidm@mrslawfirm.com
MARCARI RUSSOTTO
SPENCER & BALABAN, P.C.
1 Park West Circle, Suite 101
Midlothian, VA 23114
Telephone: 804.307.6584
*Counsel for Plaintiff*


SEEN AND AGREED:

_____/s/_____
Edward J. McNelis, III (VSB No. 34003)
emcnelis@rawlsmcnelis.com
Grace Morse Brumagin (VSB No. 75957)
gbrumagin@rawlsmcnelis.com
Glen H. Sturtevant, Jr. (VSB No. 73458)
gsturtevant@rawlsmcnelis.com
RAWLS MCNELIS + MITCHELL, P.C.
211 Rockets Way, Suite 100

Richmond, VA 23231
Telephone: 804.344.0038
Facsimile: 804.782.0133
*Counsel for Correct Care Solutions, LLC*