UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SIR EDWARD THOMAS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-581-REP |
| | ) |
| CORRECT CARE SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, by counsel, and files this MOTION TO WITHDRAW STIPULATION TO DISMISS as to all counts against Defendant Correct Care Solutions, LLC. and in support thereof states as follows:

1) Since agreeing to withdrawing his initial agreement to withdraw his claims, the plaintiff has changed his mind and wishes to pursue these claims *pro se*.

2) As of this date the Court has taken no action on the Stipulation.

Respectfully submitted,

SIR EDWARD THOMAS, SR.

/s/
David P. Morgan
davidm@mrslawfirm.com
MARCARI RUSSOTTO, SPENCER & BALABAN, P.C.
1 Park West Circle, Suite 101
Midlothian, VA 23114
Telephone: 804.307.6584
*Counsel for Plaintiff*

**CERTIFICATION**

I certify that the above has been served on all parties in this case by this Court's ECF/NEF system.

/s/ David P. Morgan