# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| SIR EDWARD THOMAS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-581-REP |
| | ) | |
| CORRECT CARE SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the undersigned, and Cravens & Noll, PC, moving to withdraw as counsel of record for the plaintiff and in support thereof states as follows:

1) This case is currently in the discovery phase of litigation;

2) Trial is set to begin on Monday, June 8 2015 in this Court;

3) The plaintiff and counsel have reached an impasse in their relationship and counsel believes it is impossible to continue to represent him due to ethical considerations;

4) The plaintiff has indicated a desire to proceed with his case *pro se*.

/S/DAVID P. MORGAN
Of counsel
Marcari Russotto Spencer & Balaban
1 Park West Circle, Suite 101
Midlothian, VA 23114
(804) 378-3039
(804) 378-6037 Facsimile
davidm@mrslawfirm.com

/S/ J. Thompson Cravens, esq
Cravens & Noll, P.C.
9011 Arboretum Parkway, Suite 200
Richmond VA 23236
(804)330-9220
(804)330-9458 Facsimile
joe@cravensnoll.com

## CERTIFICATION

I certify that I caused a copy of this Motion to Withdraw to be delivered by this court's ECF/NEF system and to the plaintiff by electronic mail at his electronic mail address on January 26, 2015.

/S/DAVID P. MORGAN
Of counsel
Marcari Russotto Spencer & Balaban
1 Park West Circle, Suite 101
Midlothian, VA 23114
(804) 378-3039
(804) 378-6037 Facsimile
davidm@mrslawfirm.com