```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    Richmond Division
```

SIR EDWARD THOMAS, SR.,

    Plaintiff,

v.                                  Civil Action No. 3:14cv581

CORRECT CARE SOLUTIONS, LLC,

    Defendant.

**ORDER**

Having considered the MOTION TO WITHDRAW STIPULATION OF DISMISSAL (Docket No. 25), and it appearing that a STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO CORRECT CARE SOLUTIONS, LLC (Docket No. 24) was entered herein, after having been signed by counsel for both parties, on January 21, 2015, and, it further appearing that the sole reason for the requested MOTION TO WITHDRW STIPULATION OF DISMISSAL (Docket No. 25) is that the plaintiff has changed his mind, and it appearing that the Court was not required to approve the dismissal which was filed under Fed. R. Civ. P. 41(a)(1)(ii) and that the dismissal took effect upon entry of the Stipulation of Dismissal without any requirement for Court action; and it further appearing that, thereafter, CORRECT CARE SOLUTIONS, LLC'S MOTION FOR SANCTIONS (Docket No. 13) was denied as moot; and there being no basis upon which to grant the MOTION TO WITHDRAW STIPULATION OF DISMISSAL

(Docket No. 25), and the Court finding that it would be unfair and prejudicial so to do, it is hereby ORDERED that the MOTION TO WITHDRAW STIPULATION OF DISMISSAL (Docket No. 25) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

/s/ R.E.P.
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 17, 2015